**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TED MARIO BLACKMON, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 3:18-cv-00142** |
| | * | |
| **BRACKEN CONSTRUCTION COMPANY, INC., ET AL.** | * | **JUDGE BRIAN A. JACKSON** |
| | * | |
| | * | **MAG. RICHARD L. BOURGEOIS, JR.** |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | * | |

## MOTION TO ENFORCE SETTLEMENTS

**NOW INTO COURT**, through undersigned counsel, come Defendants, Anthony Ver Meer, The Charter Oak Fire Insurance Company, Travelers Property Casualty Company of America, and Travelers Excess and Surplus Lines Company, and move to enforce the settlement agreements entered between Plaintiffs and Defendants on November 21, 2016 and October 19, 2017. Defendants request that the Court set a brief discovery period related to the formation of the settlements and a date for an evidentiary hearing on the motion to enforce.

**WHEREFORE,** Defendants respectfully request that this Court enter an order setting a discovery schedule related to the issues surrounding the formation of the settlement agreements, set an evidentiary hearing regarding the enforceability of the settlements, and thereafter enforce the settlements and dismiss Plaintiffs' claims with prejudice at Plaintiffs' cost.

Respectfully submitted,

*/s/ Heather N. Sharp*
**Seth A. Schmeeckle** (La. Bar No. 27076) (T.A.)
**Heather N. Sharp** (La. Bar No. 29987)
**Simeon B. Reimonenq, Jr.** (La. Bar No. 19755)
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
9311 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana 70810
Telephone: (504) 568-1990
Fax: (504) 310-9195

Email: sschmeeckle@lawla.com;
hsharp@lawla.com;
sreimonenq@lawla.com
***Attorneys for Anthony Ver Meer, The Charter Oak Fire Insurance Company, Travelers Property Casualty Company of America, and Travelers Excess and Surplus Lines Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2018, a copy of this pleading has been served on all counsel of record via the Court's CM/ECF filing system.

*/s/Heather N. Sharp*
Heather N. Sharp