## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TED MARIO BLACKMON, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 3:18-cv-00142** |
| | * | |
| **BRACKEN CONSTRUCTION COMPANY, INC., ET AL.** | * * | **JUDGE BRIAN A. JACKSON** |
| * * * * * * * * * * * | * | **MAG. RICHARD L. BOURGEOIS, JR.** |

## NOTICE OF FILING OF
## MOTION TO ENFORCE SETTLEMENT AGREEMENT IN FLORIDA ACTION

**MAY IT PLEASE THE COURT:**

Defendants, C3 Construction Services, Inc., Bracken Construction Company, Inc., and Jhon Evelio Jaramillo ("Defendants") respectfully submit this Notice to advise the Court of their recent filing in the related proceeding regarding the Estate of Khance M. Blackmon, pending in Florida before the Circuit Court for Escambia County, Probate Division (the "Florida Court"). Specifically, on December 6, 2018, Defendants filed a Motion to Enforce Settlement Agreement in the Florida Court, requesting that the Florida Court enforce the terms of the Settlement Agreement entered into between the Estate of Khance M. Blackmon, and the Defendants (the "Settlement Agreement"). A copy of that Motion is attached hereto as Exhibit "A".

Defendants note that Plaintiff, Ruthie Blackmon, already conceded the propriety of the Florida Court's jurisdiction over the Settlement Agreement when, on April 16, 2018, she initiated a parallel adversarial proceeding in the ongoing Florida probate court matter, seeking to set aside that Court's prior Order approving the settlement of claims relating to Khance Blackmon.[1] Therein, she alleged "fraud, misrepresentations, and other misconduct" in confection of the

---

[1] Petition to Set Aside Order Approving and Allocating Insurance Settlement, attached hereto as Exhibit "B".

Settlement Agreement. Defendants herein became Respondents to that proceeding and thus requested a stay in the instant Louisiana litigation.[2] On June 19, 2018, however, Ruthie Blackmon changed tactics and voluntarily dismissed the Florida Petition to Set Aside.[3]

Regardless, to the extent Ruthie Blackmon still claims that fraudulent conduct or misrepresentation improperly induced her execution of the Settlement Agreement, those arguments are waived, and further, it is logical and proper for the Florida Court to adjudicate issues related to the Settlement Agreement. Accordingly, Defendants have requested that the Florida Court enforce the terms of the Settlement Agreement that it approved.

Respectfully submitted,

/s/Nancy A. Cundiff
**Nancy A. Cundiff** (La. Bar No. 27974)
cundiff@litchfieldcavo.com
**Robin C. Dunford** (La. Bar No. 27213)
dunford@litchfieldcavo.com
**LITCHFIELD CAVO LLP**
2315 Florida St., Bldg. 200, Ste. 118
Mandeville, Louisiana 70448
985.377.0978
985.377.0980 (fax)
**COUNSEL FOR C3 CONSTRUCTION SERVICES, INC.**

/s/Philip G. Watson
**David J. Bourgeois** (La. Bar No. 01722)
davidb@duplass.com
**Philip G. Watson** (La. Bar No. 31356)
pwatson@duplass.com
**Hope A. Phelps** (La. Bar No. 37259)
hphelps@duplass.com
**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, WEINSTOCK & BOGART, APLC**
3838 North Causeway Boulevard Suite 2900
Metairie, Louisiana 70002

---

[2] Joint Motion to Stay Case, or Alternatively for Protective Order to Stay Discovery, Doc. 37.
[3] Notice of Voluntary Dismissal of Petition Pursuant to Florida Rule of Civil Procedure 1.420(a)(1), attached hereto as Exhibit "C".

504.832.3700
504.837.3119 (fax)
**COUNSEL FOR BRACKEN CONSTRUCTION COMPANY, INC.**


*/s/Harry J. "Skip" Philips, Jr.*  _____
**Harry J. "Skip" Philips, Jr.** (La. Bar No. 02047)
skip.philips@taylorporter.com
**TAYLOR PORTER**
450 Laurel Street, Suite 800
Baton Rouge, Louisiana 70801
225.387.3221
225.346.8049 (fax)
**COUNSEL FOR JHON EVELIO JARAMILLO**


*/s/Andrew J. Sarne*  _____
**Andrew J. Sarne** (Tx. Bar No. 00797380)
(admitted *pro hac vice*)
asarne@krcl.com
**Bradley J. Rutledge** (Tx. Bar No. 24077183)
(admitted *pro hac vice*)
brutledge@krcl.com
**KANE RUSSELL COLEMAN & LOGAN PC**
5051 Westheimer Road, Suite 1000
Houston, Texas  77056
713.425.7400
713.425.7700 (fax)
**COUNSEL FOR JHON EVELIO JARAMILLO**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2018, a copy of this pleading has been served on all counsel of record via the Court's CM/ECF filing system.

*/s/ Nancy A. Cundiff*
Nancy A. Cundiff